No. 493, Misc.  HOTIANOVICH ET AL. v. MICHIGAN. Supreme Court of Michigan.  Certiorari denied.

No. 494, Misc.  CROWDER v. BURKE, WARDEN, ET AL. Supreme Court of Wisconsin.  Certiorari denied.

No. 497, Misc.  HEATH v. NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.

JUNE 1, 1953.

No. 688.  GORDON ET AL. v. UNITED STATES.  On petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit.  *Per Curiam:* The petition for writ of certiorari is granted.  The judgment is vacated and the case is remanded to the Court of Appeals for consideration in the light of the Government's confession of error.  *John S. Boyden* and *Allen H. Tibbals* for petitioners.  *Acting Solicitor General Stern* for the United States.

No. 10, Original.  ARIZONA v. CALIFORNIA ET AL.  The answer to the bill of complaint is received and filed and leave is granted the complainant to reply thereto on or before September 1, next.  The motion for leave to file brief of Colter Water Project Association, Inc., as *amicus curiae,* is denied.

No. 498.  MARYLAND CASUALTY CO. ET AL. v. CUSHING ET AL.  This case is ordered restored to the docket for reargument.

No. 513, Misc.  DUNBAR v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Motion for leave to file petition for writ of certiorari denied.